**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

REGINA SMITH,

        Plaintiff,

vs.                                                Case No. 3:17-cv-1081-J-32MCR

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

**ORDER**

Upon review, the parties' Joint Motion to Transfer Venue (Doc. 5) is **GRANTED** under the Court' authority to transfer venue in the interest of justice for the convenience of parties and witnesses to any division "to which all parties have consented." 28 U.S.C. § 1404(a).

The Clerk is directed to transfer this case to the Tampa Division for random reassignment and to close the Jacksonville file.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of October, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

Keshia Jones, Tampa Division Manager